IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| YOLANDA RAYMOND, | ) |
| Plaintiff, | ) Case No. |
| vs. | ) Attorney Lien Claimed |
| SELECT SPECIALTY HOSPITAL-TULSA/MIDTOWN, LLC, d/b/a SSH – TULSA/RIVERSIDE, a Foreign Limited Liability Company, SELECT SPECIALTY HOSPITAL-TULSA, INC. a Foreign For Profit Business Corporation, Defendants. | ) |

DISTRICT COURT
**F I L E D**
OCT - 5 2016
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

LINDA G. MORRISSEY

CJ -2016 -03603

## PETITION

COMES NOW the Plaintiff, Yolanda Raymond, by and through her attorney of record, Daniel E. Smolen, of *Smolen, Smolen & Roytman, PLLC*, and brings this action against the Defendants, Select Specialty Hospital – Tulsa/Midtown, LLC, d/b/a SSH-Tulsa/Riverside, a Foreign Limited Liability Company and Select Specialty Hospital – Tulsa, Inc., a Foreign For Profit Business Corporation for violations of Plaintiff's constitutionally protected rights arising out of her employment and termination of employment by said Defendants. In support of her Petition, Plaintiff states as follows:

### PARTIES, JURISDICTION & VENUE

1. This is an action for damages and to secure protection of and to redress deprivation of rights secured by Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000-2, hereinafter ("Title VII"), the Oklahoma Anti Discrimination Act (OADA) 25 O.S. 1301 et seq., and 42 U.S.C. § 1981.

1

EXHIBIT 1

2. Plaintiff, Yolanda Raymond, an African American female and resident of the State of Oklahoma, filed a charge of discrimination against the Defendant with the Equal Employment Opportunity Commission ("EEOC"). Plaintiff complained to the EEOC of discrimination, disparate treatment and wrongful termination based on her race.

3. Plaintiff received a Notice of Right to Sue and this Petition has been filed within ninety (90) days of the receipt of the Notice of Right to Sue.

4. As such, Plaintiff has exhausted her available administrative remedies and has complied fully with all prerequisites in this Court under Title VII and the OADA.

5. Actual, Compensatory and Equitable damages, including reinstatement are sought pursuant to 42 U.S.C. § 2000e-5(g), 42 U.S.C. § 1981(b) and 25 O.S. § 1301 et seq.

6. Punitive damages are sought pursuant to 42 U.S.C. § 1981 and 25 O.S. § 1301 et seq.

7. Costs and attorney's fees may be awarded pursuant to 42 U.S.C. § 2000e 5(g) and 25 O.S. § 1301 et seq.

8. Plaintiff is a resident of Tulsa County, State of Oklahoma.

9. Defendant, Select Specialty Hospital – Tulsa/Midtown, LLC, d/b/a SSH-Tulsa/Riverside is a Foreign Limited Liability Company doing business in Oklahoma and regularly employs more than fifteen (15) employees.

10. Defendant Select Specialty Hospital – Tulsa, Inc., is a Foreign For Profit Business Corporation doing business in Tulsa County and regularly employs more than fifteen employees.

EXHIBIT 1

11. The incidents and occurrences giving rise to Plaintiff's claims occurred in Tulsa County, State of Oklahoma.

12. Therefore, jurisdiction and venue properly lie in this Court.

## FACTS COMMON TO PLAINTIFF'S CLAIMS

13. Plaintiff incorporates the preceding paragraphs as if re-alleged.

14. Plaintiff began her employment with Defendants on or around May 20, 2013 and was hired to work in the position of Certified Nurse Aid (CNA).

15. The Plaintiff performed her job duties without incident until a situation occurred on July 22, 2015 wherein she was monitoring a patient and dozed off. The Plaintiff had been working long shifts and was extremely fatigued and unintentionally fell asleep for a short period of time.

16. The Plaintiff was terminated from her employment on July 24, 2015 for this infraction without being afforded the opportunity for progressive discipline.

17. The Plaintiff believes she was treated differently because of her race with respect to the termination. She is aware of a Caucasian coworker, Dorothy Sutherland, who was caught sleeping just a month earlier while on the job. She was not fired and instead simply received written discipline. The Plaintiff and Dorothy Sutherland work under the same supervisor.

18. The Plaintiff believes this disparate treatment and wrongful termination are based upon her race, African American.

## FIRST CLAIM FOR RELIEF
## DISCRIMINATION, RETALIATION AND WRONGFUL TERMINATION BASED ON RACE (TITLE VII) AND THE OKLAHOMA ANTI-DISCRIMINATION ACT (OADA) 25 O.S. § 1301 et seq

19. Plaintiff incorporates the preceding paragraphs as if re-alleged.

3

EXHIBIT 1

20. By subjecting the Plaintiff to disparate treatment based upon her race, in terminating the Plaintiff's employment while not terminating a Caucasian coworker's employment for the exact same violation, Defendants have violated Title VII of the Civil Rights Act of 1964 and the Oklahoma Anti-Discrimination Act (OADA) 25 O.S. § 1301 et seq.

WHEREFORE, Plaintiff prays for judgment against Defendants for:

a. Back pay and lost benefits; front pay until normal retirement;
b. Compensatory damages for her mental anguish, pain and suffering and other non-pecuniary losses;
c. Punitive damages and liquidated damages for the intentional and knowing acts of discrimination committed by Defendants' management and executives;
d. Her attorney fees and the costs and expenses of this action;
e. Equitable Relief.
f. Such other relief as the Court deems just and equitable.

### SECOND CLAIM FOR RELIEF
### 42 U.S.C. § 1981

21. Plaintiff incorporates the preceding paragraphs as if re-alleged.

22. By terminating the Plaintiff's employment, based upon her race, Defendants and its agents have violated 42 U.S.C §1981.

WHEREFORE, Plaintiff prays for judgment against Defendants for:

a. Back pay and lost benefits; front pay until normal retirement;
b. Compensatory damages for her mental anguish, pain and suffering and other non-pecuniary losses;
c. Punitive damages for the intentional and knowing acts of discrimination committed by Defendants' management and executives;
d. Her attorney fees and the costs and expenses of this action;
e. Equitable Relief.
f. Such other relief as the Court deems just and equitable.

EXHIBIT 1

Respectfully submitted,

SMOLEN, SMOLEN & ROYTMAN, PLLC

Daniel E. Smolen, OBA No. 19943
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 (Fax)
*Attorneys for Plaintiff*

EXHIBIT 1